# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOSEPH O. JOHNSON,

    Petitioner,

v.                                   CASE NO.  5:05cv58-RH/WCS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The petition under 28 U.S.C. §2254 challenging petitioner's conviction and life sentence out of the Fourteenth Judicial Circuit, Bay County,

Florida, for offenses committed on or about May 18-19, 1986, is DISMISSED as untimely. The clerk shall enter judgment and close the file.

    SO ORDERED this 18th day of January, 2006.

                                         s/Robert L. Hinkle
                                         Chief United States District Judge